CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
JOHN L. WOLLMAN (CABN 197362)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7031
Fax: (415) 436-6748
john.wollman@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARGAL SED *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, Attorney General of the U.S. *et al.*,<br><br>Defendants | Case No. 3:26-cv-08203-LJC<br><br>**SECOND STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT; ORDER** |

Pursuant to Civil Local Rules 6-1 and 7-12, the parties submit the following stipulated request to extend the time by which Defendants must respond to the Complaint and the dates in the Court's Immigration Procedural Order. In support of this request, the parties state as follows:

1. Defendants' response is currently due November 18, 2026, and Defendants' motion for summary judgment must be filed by January 15, 2027.

2. This case is being reassigned to a different Assistant United States Attorney ("AUSA") from the previously assigned AUSA who left the office and the duty AUSA who filed the previous extension. In light of this transition from the previous attorney leaving the office and from the duty attorney to the current AUSA, Defendants requested, and Plaintiffs agreed, to extend the time for Defendants' response by 30 days.

3. The parties therefore stipulate to extend the time for Defendants' response to December 18, 2026. The parties further request a corresponding 30-day extension of the deadlines for filing and briefing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. Under the extended deadlines, Defendants' motion for summary judgment must be filed by February 15, 2027.

IT IS SO STIPULATED.

Dated: November 18, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ John L. Wollman*
JOHN L. WOLLMAN
Assistant United States Attorney
Attorneys for Defendant

Dated: November 18, 2026

*/s/ Jane Oak*
JANE OAK
Attorney for Plaintiff

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 20, 2026

HON. LISA J. CISNEROS
United States Magistrate Judge